**CAPITAL PACIFIC HOLDINGS, INC.,
a California corporation,
Plaintiff—Appellant,**

v.

**FEDERAL INSURANCE COMPANY,
Defendant—Appellee.**

**No. 03–55428.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 11, 2005.

Decided Feb. 22, 2005.

George S. Burns, Law Offices of George Burns, Newport Beach, CA, for Plaintiff–Appellant.

Gilbert D. Jensen, Esq., Musick, Peeler & Garrett, Los Angeles, CA, for Defendant–Appellee.

Before: PREGERSON, BEEZER, and TALLMAN, Circuit Judges.

## ORDER *

We AFFIRM for the well-stated reasons of the district court.

Each party shall bear its own costs.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.